IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE ARREDONDO JR.,

      Plaintiff,

v.                                                No. 1:22-cv-00803-KG-SCY

AMANDA CHAVEZ BAKER and
ASHLEY SCHNELLER,

      Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
UNITED STATES DISTRICT JUDGE